NUMBERS 13-01-805-CR and 13-01-806-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


JAIME NARANJO , Appellant,


v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 197th District Court 

of Cameron County, Texas.

___________________________________________________________________


O P I N I O N


Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam


Appellant, JAIME NARANJO , attempted to perfect appeals from judgments entered by the 197th District Court of
Cameron County, Texas. Sentences in these causes were imposed on September 5, 2001 . The notices of appeal were due
to be filed on October 5, 2001 , but were not filed until October 30, 2001 . Said notices of appeal are untimely filed. 

Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension of time for filing notice of appeal if such
notice is filed within fifteen days of the last day allowed and within the same period a motion is filed in the court of
appeals reasonably explaining the need for such extension. Appellant failed to file his notices of appeal and motion
requesting an extension of time within such period. 

The Court, having considered the documents on file and appellant's failure to timely perfect his appeals, is of the opinion
that the appeals should be dismissed for want of jurisdiction. The appeals are hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 17th day of January, 2002 .